IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCELO SANDOVAL,

        Plaintiff,　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　11-cv-681-bbc

GINGER JONES, JAMES REED,
M. ASLAM, GENE WEGNER,
DAVID STEINER, and ANTHONY
WALKER,

        Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Marcelo Sandoval leave to proceed in forma pauperis and dismissing this case.

_____　　　　　1/11/12
Peter Oppeneer, Clerk of Court　　　　　Date